**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

|   |   |   |
|---|---|---|
| **AMY WHISTLER,** | ) | Acknowledged |
|  | ) | TWP |
| **Plaintiff,** | ) | September 8, 2023 |
|  | ) |  |
| v. | ) | **CAUSE NO. 4:23-CV-98 TWP-KMB** |
|  | ) |  |
| **WASHINGTON COUNTY,** | ) |  |
| **WASHINGTON COUNTY BOARD OF** | ) |  |
| **COUNTY COMMISSIONERS,** | ) |  |
| **WASHINGTON COUNTY AUDITOR,** | ) |  |
| **KYRA STEPHENSON, WASHINGTON** | ) |  |
| **COUNTY CORONER'S OFFICE, and** | ) |  |
| **PEGGY SCHELL,** | ) |  |
|  | ) |  |
| **Defendants.** | ) |  |

## STIPULATION OF DISMISSAL

Comes now, Plaintiff, Amy Whistler, and moves this Court to dismiss this matter, with prejudice, pursuant to FRCP 41(a)(1)(A)(1).

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Suite 500
Indianapolis, Indiana 46240
Telephone:    (317) 500-0700
Facsimile:    (317) 342-2799
E-Mail:   indy2buck@hotmail.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this filing was served upon counsel of record for Defendants via the Court's Electronic Filing System on this, the 7th day of September, 2023, and addressed to the following:

Michael L. Einterz, Jr.
EINTERZ & EINTERZ
michael@einterzlaw.com

/s/ Christopher S. Wolcott